W. SCOTT QUINLAN, #101269
Attorney at Law
2333 Merced Street
Fresno, CA 93721
(559) 442-0634
(559) 233-6947

Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JAMES BOARDMAN,<br><br>　　　　　Defendant. | Case No.  1:11-cr-0378 GSA<br><br>**STIPULATION AND<br>ORDER TO CONSOLIDATE CASES**<br><br>Courtroom:    7<br>Honorable Sheila K. Oberto |
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVEN BOARDMAN,<br><br>　　　　　Defendant. | Case No.  1:11-cr-0377 GSA<br><br>**STIPULATION AND<br>ORDER TO CONSOLIDATE CASES**<br><br>Courtroom:    7<br>Honorable Sheila K. Oberto |

　　　　IT IS HEREBY STIPULATED by and between Steve Boardman and James Boardman on the one hand, and the United States of America, on the other, through their respective attorneys that the case of Steve Boardman shall be consolidated for all purposes with the case of James Boardman.

///

1  There is good cause for this stipulation because each of their cases arises from the same
2  events and each of their cases is scheduled for Jury trial on February 22, 2012 at 8:30 a.m. before
3  the Honorable Magistrate Sheila K. Oberto, Magistrate of the United Stated District Court for the
4  Eastern District of California, Fresno Division.

6  Dated:   December 2, 2011                    /s/ W. Scott Quinlan
                                                W. Scott Quinlan, Attorney for
7                                               Defendant, JAMES BOARDMAN

9  Dated:   December 2, 2011                    /s/ W. Scott Quinlan
                                                W. Scott Quinlan, Attorney for
10                                              Defendant, STEVEN BOARDMAN

13 Dated:   December 2, 2011                    /s/ Yashar Nilchian
                                                Yashar Nilchian, Special Assistant
14                                              United States Attorney

### ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT the case of United States of America v. Steven Boardman, Case No. 1:11-cr-00377 GSA is consolidated for all purposes with the case of United States of America v. James Boardman, Case No. 1:11-cr-00378 GSA.  All further documents shall bear the Case No. 1:11-cr-00377 GSA and the parties shall file all further documents on the docket in Case No. 1:11-cr-00377 GSA.

IT IS SO ORDERED.

**Dated:   December 5, 2011**                    /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE